UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC.,
and JOHNNY LONG,

    Plaintiffs,

v.                                                Case No: 8:05-cv-392-T-23MSS

MISSOURI MART, INC.,

    Defendant.
_____/

**ORDER**

United States Magistrate Judge Mary S. Scriven submits a report and recommendation (Doc. 27) on the plaintiffs' motion (Doc. 21) for attorney's fees, expert fees, and litigation expenses. No party objects, and the time for objections has expired. Accordingly, the report and recommendation (Doc. 27) is **ADOPTED** and the plaintiffs' motion (Doc. 21) for attorney's fees, expert fees, and litigation expenses is **GRANTED**. The plaintiffs are awarded: (1) $3,787.50 in attorney's fees, (2) $900.00 in expert fees, and (3) $295.00 in litigation expenses. The Clerk is directed to enter judgment in favor of the **Plaintiffs** in the amount of **$4,982.50**.

ORDERED in Tampa, Florida, on December 7, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy